Ronald H. Bae (SBN 186826)
rbae@AequitasLegalGroup.com
Olivia D. Scharrer (SBN 291470)
oscharrer@AequitasLegalGroup.com
Carson M. Turner (SBN 345992)
cturner@AequitasLegalGroup.com
AEQUITAS LEGAL GROUP
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106
Telephone:   (213) 674-6080
Facsimile:    (213) 674-6081

Attorneys for Plaintiff BETTY CHURCHWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BETTY CHURCHWELL, as an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>HIGHGATE HOTELS, L.P., *et al.*,<br><br>      Defendants. | **Case No.  5:24-cv-01216-KK-SHK**<br><br>[Hon. Kenly Kiya Kato]<br><br>**DECLARATION OF OLIVIA D. SCHARRER IN SUPPORT OF PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>Date:         August 8, 2024<br>Time:        10:00 AM<br>Ctrm:         3<br><br>[Complaint Filed: May 15, 2024]<br>[Removal Filed:   June 10, 2024] |
|---|---|

-1-

**DECLARATION OF OLIVIA D. SCHARRER IN SUPPORT OF PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**
**5:24-cv-01216-KK-SHK**

## **DECLARATION OF OLIVIA D. SCHARRER**

I, Olivia Scharrer, declare as follows:

1. I am an attorney licensed to practice before this Court. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify. This Declaration is submitted in support of Plaintiff's Request to Appear Remotely at Scheduling Conference.

2. I am an Associate Attorney at Aequitas Legal Group, A Professional Law Corporation, counsel of record for Plaintiff BETTY CHURCHWELL ("Plaintiff").

3. Aequitas Legal Group employs three attorneys only: Ronald H. Bae, Carson M. Turner, and myself. At the time of the Scheduling Conference set for August 8, 2024 at 10:00 a.m. in Courtroom 3 in Riverside, California, Mr. Bae and Ms. Turner will be in Fresno, California for an in-person deposition for another matter.

4. As a result, I am the only counsel for Plaintiff available to appear at the Scheduling Conference. However, I am currently in Arlington, Virginia and unable to travel to Riverside, California to appear in person at the Scheduling Conference. Thus, I respectfully request permission to appear by video.

Date: August 1, 2024                AEQUITAS LEGAL GROUP

                                    */s/ Olivia D. Scharrer*
                                    By: _____
                                        RONALD H. BAE
                                        OLIVIA D. SCHARRER
                                        CARSON M. TURNER
                                    Attorneys for Plaintiff BETTY CHURCHWELL