UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY CHURCHWELL, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHGATE HOTELS, L.P., et al.,<br><br>Defendants. | **Case No. 5:24-cv-01216-KK-SHK**<br>[Hon. Kenly Kiya Kato]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE** |

# [PROPOSED] ORDER

Having considered Plaintiff's August 1, 2024 Request to Appear Remotely at Scheduling Conference, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff's counsel may appear at the Scheduling Conference set for August 8, 2024 at 10:00 a.m. in Courtroom 3 by videoconference.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
JUDGE KENLY KIYA KATO
UNITED STATES DISTRICT COURT